Opinion issued April 9, 2014



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-14-00284-CR**

**NO. 01-14-00285-CR**

**NO. 01-14-00286-CR**

_____

## IN RE ALTON ANJIE SIMMONS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Alton Anjie Simmons, has filed a petition for writ of mandamus, requesting that we order the trial court to vacate its April 3, 2014 order, stating that the "Galveston County Jail-Medical is to release medical records and allow . . . any

and all medical and/or hospital personnel to speak to the District Attorney's office for the above case."[*]

We **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[*] The underlying cases are *The State of Texas v. Alton Anjie Simmons*, cause numbers 12-CR-1392, 12-CR-1393, and 12-CR-1394, pending in the 10th District Court of Galveston County, the Hon. Kerry L. Neves presiding.